THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIMAX COMMUNICATIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC. a Delaware Corporation with corporate offices in Bellevue, Washington,<br><br>Defendants. | No. 2:23-cv-01830- KKE<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER
No.: 2:23-cv-01830-KKE – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Upon consideration of Defendant T-Mobile USA, Inc.'s ("T-Mobile") Motion to Dismiss and brief in support thereof, any opposition, and reply thereto, **IT IS HEREBY ORDERED** that T-Mobile's Motion to Dismiss is **GRANTED**; and it is further ordered that all of Plaintiff's claims against T-Mobile are **DISMISSED** with prejudice and without leave to amend.

**SO ORDERED.**

DATED this __ day of _____, 2024.

_____
THE HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Thomas J. Bone*
Michael A. Moore, WSBA No. 27047
Thomas J. Bone, WSBA No. 43965
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
jbone@corrcronin.com

Lawrence H. Heftman (*pro hac vice*)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5725
Fax: (312) 258-5600
lawrence.heftman@afslaw.com

Robert D. Boley (*pro hac vice*)
350 S. Main Street, Ste. 210
Ann Arbor, MI 48104
Tel: (734) 222-1557
Fax: (734) 222-1501
robert.boley@afslaw.com

[PROPOSED] ORDER
No.: 2:23-cv-01830-KKE – Page 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900