UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIMAX COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC,<br><br>Defendant. | CASE NO. C23-01830-KKE<br><br>ORDER TO FILE SUPPLEMENTAL DISCLOSURE STATEMENT |

This matter comes before the Court *sua sponte*. Plaintiff Unimax Communications, LLC, ("Unimax") commenced this action, asserting this Court has subject matter jurisdiction on the basis of diversity of citizenship between the parties. Dkt. No. 1 ¶ 2.1.

The Federal Rules of Civil Procedure require that in an action where jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party must file a disclosure statement that identifies the citizenship of every individual or entity whose citizenship is attributed to that party. Fed. R. Civ. P. 7.1(a)(2)(A). Each party must file a disclosure statement with that party's "first appearance, pleading, petition, motion, response, or other request addressed to the court[.]" Fed. R. Civ. P. 7.1(b)(1).

As an LLC, Unimax "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Unimax filed a disclosure statement, however the statement is insufficient because it does not identify Unimax's

ORDER TO FILE SUPPLEMENTAL DISCLOSURE STATEMENT - 1

owners/members or the citizenship of those owners/members. *See* Dkt. No. 2. Rather, the disclosure statement filed by Unimax addresses only the requirements in Rule 7.1(a)(1) pertaining to publicly held corporations. *Id*.

      For the foregoing reasons, the Court ORDERS Unimax to file, no later than March 15, 2024, a supplemental disclosure statement that identifies the name and citizenship of each owner/member of Unimax in compliance with Federal Rule of Civil Procedure 7.1(a)(2).

      Dated this 8th day of March, 2024.

                              Kymberly K. Evanson
                              United States District Judge